WOLFE v. EAKER

No. 184PC

Case below: 50 N.C. App.144

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 March 1981.